■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS RODRIGUEZ, Appellant.—Judgment, Supreme Court, Bronx County, rendered on January 10, 1979, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Birns, J. P., Fein, Markewich, Lupiano and Ross, JJ.

■ CHINATOWN APARTMENTS, INC. v CHU CHO LAM.—Motion for leave to appeal to the Court of Appeals granted, and this court states that questions of law have arisen which ought to be reviewed by the Court of Appeals. Concur—Murphy, P. J., Birns, Fein, Bloom and Silverman, JJ.

■ IRVING ELIAS et al. v PRUDENTIAL INVESTMENT CORPORATION, S. A., et al.—Motion insofar as it seeks leave to appeal to the Court of Appeals granted, and the following question certified: "Was the order of the Supreme Court, as affirmed by this court, properly made?" Motion, insofar as it seeks reargument, denied. Concur—Kupferman, J. P., Birns, Sullivan, Lane and Ross, JJ.

## (December 13, 1979)

■ JOAN TREZEVANT et al., Respondents, v NEW ROCHELLE HOSPITAL MEDICAL CENTER et al., Defendants, and NADIA H. COMVALIUS et al., Appellants.—Order, Supreme Court, New York County, entered on October 30, 1978, unanimously affirmed for the reasons stated by Nadel, J., at Special Term. Respondents shall recover of appellants $50 costs and disbursements of this appeal. Concur—Murphy, P. J., Birns, Fein, Lupiano and Ross, JJ.

■ In the Matter of the Arbitration between NATHAN SILVER, Appellant, and SAMUEL SILVER, Respondent.—Judgment, Supreme Court, New York County, entered on August 10, 1979, unanimously affirmed for the reasons stated by Schwartz, J., at Special Term. Respondent shall recover of appellant $50 costs and disbursements of this appeal. Concur—Murphy, P. J., Birns, Fein, Lupiano and Ross, JJ.